UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SANDRA ORR,

                Plaintiff,                      COMPLAINT  6:25-cv-972 (AJB/ML)

-vs-

THE UNITED STATES OF AMERICA,

                Defendant.

The Plaintiff, by and through the undersigned attorney, alleges as follows:

## JURISDICTION

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C.A. 2671. This Court is vested with jurisdiction pursuant to 28 U.S.C.A. 1346(b).

2. The United States Postal Service is a federal agency governed by the laws and statutes of the United States of America.

3. On August 21, 2024, plaintiff submitted the claim set forth in this complaint by certified registered mail in a Standard Form 95 prescribed by the Department of Justice under 28 C.F.R. 14.2 to Tort Claims and Collections Specialist, Attn: David J. Betti, United States Postal Service, 1200 William Street, Buffalo, NY 14240-9355, a copy of which claim, marked as Exhibit "A", is attached to this complaint and incorporated by reference.

4. On September 4, 2024, we received acknowledgement of the above claim from Kerry M. Kincaid, Torts Claim. On October 9, 2024 we received a letter advising us that we would hear back regarding completing its adjudication whether an action shall be instituted or whether the claim has been denied, and that no other additional information is needed at that time. On April 2, 2025, we sent a letter via email to Meenaskhi Ahuja inquiring on the status of the claim. She responded, stating it is taking longer than normal and that they would be working on the

backlog. It has been over 10 months since we filed our original claim. To date, the claim has not been paid, adjusted or determined. Pursuant to 28 USC 2675(a), with the claim having not been determined within six months, the plaintiff is electing to deem the claim denied and proceed with the instant action.

5. The plaintiff has met all conditions precedent to bringing the instant action.

## PARTIES

6. The plaintiff, Sandra Orr is a citizen of the State of New York residing at 1621 State Highway 30, Town of Wells, County of Hamilton, State of New York.

7. The United States Postal Service is a federal government agency maintaining a principle place of business in the City of Washington, D.C.

8. The defendant, United States of America, is the federal government and maintains principle offices in the City of Washington, D.C.

## 1ST CAUSE OF ACTION NEGLIGENCE

9. At all times material to this complaint, the United States Postal Service, by and through its agents, servants, workers, employees, and/or other representatives, acted on behalf of the defendant United States of America, and with the full knowledge, consent and authority of the defendant United States of America.

10. At all times material to this complaint, the defendant acted and/or failed to act by and through their agents, servants, workers, and/or employees, who acted within the course of their employment and within the scope of their authority with the defendant.

11. At all times material to this complaint, the defendant United States of America owned and operated a certain post office branch as well as the property and premises upon which such post office branch was situated, located at 1431 NY-30 in Wells, New York.

12. On or about the 20th day of February, 2024, the plaintiff was lawfully and properly on the premises mentioned in paragraph 11 and was walking down the ramp of the post office when, as a result of the defective and dangerous condition of said ramp, and the negligent manner in which said ramp was maintained, she was caused to trip and fall to the ground with great force and violence, inflicting upon her in the process severe bodily injury.

13. The carelessness, recklessness and negligence of the defendants consisted of, among other things, (a) failing to inspect the ramp; (b) allowing the ramp to have holes which were covered by metal plates that were dangerous; (c) allowing a tipping hazard by laying metal plates over holes in the ramp; (d) failing to timely remedy the condition (e) failing to block off the defective portion of the ramp and prevent patrons from walking in the dangerous area; (f) failing to make the ramp reasonably safe and fit for the purpose for which they were intended and (g) failing to warn patrons, including the plaintiff in particular, of the aforesaid condition.

14. The aforementioned trip and fall was caused by the negligence of the defendant herein, with no negligence on the part of the plaintiff contributing thereto.

15. By reason of the facts and circumstances set forth above, the plaintiff suffered severe bodily injury, including injuries to her right knee, left wrist, right elbow and forehead consisting of numerous scattered abrasions and a distal radius fracture of her right wrist, along with the shock, trauma and anguish associated with such injuries.

16. By reason of the facts and circumstances set forth above, the plaintiff necessitated medical treatment in and about endeavoring to be cured of said injuries, and as a result of said medical treatment various medical bills and costs have been incurred and the plaintiff is responsible for reimbursing her insurer for medical costs incurred by such insurer, and plaintiff will incur medical expenses in the future.

17.  By reason of the facts and circumstances set forth above, the plaintiff has been prevented from performing her usual activities and duties and will be so prevented from engaging in and enjoying such activities in the future, all to her detriment and loss.

18.  As a result of the facts and circumstances set forth above, the plaintiff has suffered physical pain, mental anguish and humiliation, and loss of life's pleasures, and she will continue to suffer physical pain, mental anguish and humiliation and loss of life's pleasures for an indefinite time in the future, all to her damage in the amount of $102,097.38.

WHEREFORE, plaintiff demands damages permitted by law against the defendant in the sum of $102,097.38, according to the proof, together with the costs and disbursements of this action.

Dated: July 23, 2025

Robert Abdella, Esq., Bar Roll #105882
ABDELLA LAW OFFICES
8 W. Fulton Street, PO Box 673
Gloversville, NY 12078
Tel: (518) 725-9717
Email: robert@abdellalawoffices.com